171-15

# ELECTRONIC RECORD

COA # 03-13-00746-CR   OFFENSE: 19.02

STYLE: Thomas Atkinson v. The State of Texas   COUNTY: Travis

COA DISPOSITION: AFFIRMED   TRIAL COURT: 403rd District Court

DATE: 01/22/15   Publish: NO   TC CASE #: D-1-DC-12-301480

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Thomas Atkinson v. The State of Texas   CCA #: 171-15

_____PRO SE_____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____   JUDGE: _____

DATE: 06/24/15   SIGNED: _____   PC: _____

JUDGE: Per Curiam   PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**